PROB 12C
(6/16)

Report Date: July 18, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Petra Jean Cahoon | Case Number: 0980 2:14CR00150-SAB-1 |
| Address of Offender: | East Wenatchee, Washington 98802 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 24, 2016

| | | |
|---|---|---|
| Original Offense: | Theft of Government Funds in Excess of $1,000, 18 U.S.C. § 641 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: August 24, 2016 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: August 23, 2021 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1            **Special Condition # 22**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cahoon' conditions were reviewed with her on August 30, 2016. She signed her conditions acknowledging an understanding of her conditions, which includes special condition number 22, as noted above.

Ms. Cahoon provided a treatment urinalysis sample on October 24, 2016, which was confirmed positive for amphetamine and methamphetamine by laboratory analysis on October 27, 2016.

Ms. Cahoon provided a urinalysis sample on November 4, 2016, that was determined by laboratory analysis on November 6, 2016, to be positive for amphetamines.  She initially denied any use of illegal substances, but then produced a letter written by her husband stating he, "was intimate with my wife on October 19, 2016, and I inserted meth and coke in my urethra to achieve an erection and she was unaware of it."

On January 11, 2017, Ms. Cahoon provided a urinalysis sample that was confirmed by laboratory analysis to be positive for Norbuprenorphine (Suboxone or Subutex), amphetamine and methamphetamine.

On January 13, 2017, the client provided a urinalysis sample that was confirmed through laboratory analysis on January 19, 2017, positive for methamphetamine

On March 24, 2017, Ms. Cahoon provided a random urinalysis sample that was confirmed through laboratory analysis to be positive for amphetamine and methamphetamine.

Ms. Cahoon missed her random urinalysis test on July 5, 2017, due to not having a ride to the testing facility. She made up the test the following day.

2    **Special Condition # 21**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Cahoon' conditions were reviewed with her on August 30, 2016. She signed her conditions acknowledging an understanding of her conditions which includes special condition number 21, as noted above.

Ms. Cahoon met with this officer and her treatment counselor on January 26, 2017, and agreed she would attend all of her Intensive Outpatient (IOP) treatment sessions. She stated she had obtained a bus pass, which would allow her to attend all of her treatment meetings. She failed to attend her IOP treatment sessions on the following dates: March 2, 15, 21, and 22, 2017. She missed these sessions due to not having transportation.

She missed the following sessions due to illness or doctor's appointments: March 6, 14, and 23, 2017; and April 3 and 4, 2017.

The treatment provider advised the defendant has attended thirteen sessions and missed ten sessions, with six excused and four unexcused.

3    **Special Condition # 21**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Cahoon' conditions were reviewed with her on August 30, 2016. She signed her conditions acknowledging an understanding of her conditions which includes special condition number 21, as noted above.

Ms. Cahoon was removed from her IOP part of treatment due to failing to attend ten out of twenty-three group sessions and due to a pending surgery on her foot.

Prob12C
**Re: Cahoon, Petra Jean**
**July 18, 2017**
**Page 3**

On April 6 and 13, 2017, this officer broached the idea of going to inpatient treatment and she said the only way she would go to inpatient treatment was if she could take her dog with her. She has advised her dog is a service animal.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 18, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[xx]  The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

7/18/2017

Date