PROB 12C
(6/16)

Report Date: July 25, 2017

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Petra Jean Cahoon | Case Number: 0980 2:14CR00150-SAB-1 |
| Address of Offender: | East Wenatchee, Washington 98802 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 24, 2016

Original Offense:   Theft of Government Funds in Excess of $1,000, 18 U.S.C. § 641

| | |
|---|---|
| Original Sentence:    Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney:   George J. C. Jacobs, III | Date Supervision Commenced: August 24, 2016 |
| Defense Attorney:    John Barto McEntire, IV | Date Supervision Expires: August 23, 2021 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 22**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Petra Cahoon provided a urinalysis sample on July 11, 2017, that was determined by laboratory analysis to be positive for methamphetamine and amphetamine. She met with her counselor on July 19, 2017, and admitted she used methamphetamine to help cope with her pain. |

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | July 25, 2017 |
| | s/Stephen Krous |
| | Stephen Krous
U.S. Probation Officer |

Prob12C
Re: Cahoon, Petra Jean
July 25, 2017
Page 2

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[XX]  Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

7/25/2017
Date