# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Petra Jean Cahoon | Case Number: 0980 2:14CR00150-SAB-1 |
| Address of Offender: | East Wenatchee, Washington 98802 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 24, 2016

| | | |
|---|---|---|
| Original Offense: | Theft of Government Funds in Excess of $1,000, 18 U.S.C. § 641 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: August 24, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: August 23, 2021 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2017 and 07/27/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 22**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 30, 2016, this officer met with Ms. Cahoon and we reviewed and signed her conditions of probation. |
| | Ms. Cahoon appeared before U.S. Magistrate Judge, Mary K. Dimke on August 8, 2017, and was arraigned on the violations noted in the above listed reports. After the Court hearing, Ms. Cahoon came to the U.S. Probation office and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. The specimen was determined to be positive for amphetamine via laboratory analysis. |
| 6 | **Special Condition # 21**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to |

        your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Ms. Cahoon' conditions were reviewed with her on August 30, 2016. She signed her conditions acknowledging an understanding of her conditions which includes special condition number 21, as noted above.

        Ms. Cahoon failed to attend her group session on August 9, 2017.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2017 and 07/27/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/14/2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [xx] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

8/14/2017

Date