PROB 12C
(6/16)

Report Date: October 12, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Petra Jean Cahoon | Case Number: 0980 2:14CR00150-SAB-1 |
| Address of Offender: | East Wenatchee, Washington 98802 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 24, 2016

| | | |
|---|---|---|
| Original Offense: | Theft of Government Funds in Excess of $1,000, 18 U.S.C. § 641 | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: August 24, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: August 23, 2021 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2017, 07/27/2017 and 08/14/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 22**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 30, 2016, this officer met with Ms. Cahoon and we reviewed and signed her conditions of probation. |
| | Ms. Cahoon provided a random urinalysis sample on October 2, 2017, which was sent for laboratory analysis.  On October 6, 2017, laboratory results indicated the specimen was positive for Buprenorphine and Norbuprenorphine, also known as prescription Suboxone or Subutex.  As of the date of the urine sample, Mr. Cahoon had not been prescribed either of the noted prescription drugs. |
| | This officer spoke with Ms. Cahoon on October 10, 2017, by phone, and she admitted she used Subutex during the early morning hours on or about September 30, 2017, due to experiencing physical pain. She stated she should not have taken the drug without a prescription and apologized. |

Prob12C
**Re: Cahoon, Petra Jean**
**October 12, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 12, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[xx]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[xx]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/12/18

Date